## MOTION AND PROCEDURAL RULINGS

**2005–2350.  State v. Dillon.**
Delaware App. No. 2005CAA02012, 2005-Ohio-5938. This cause is pending before the court as an

appeal from the Court of Appeals for Delaware County. Upon consideration of appellee's motion for continuance of oral argument scheduled for October 18, 2006,

IT IS ORDERED by the court that the motion is granted.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 16, 2006*

[Cite as *08/16/2006 Case Announcements #2*, 2006-Ohio-4244.]

## MOTION AND PROCEDURAL RULINGS